Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

DEA EVANS

CASE NO: 12-70173-HDH-13
HEARING DATE: 3/13/2013
HEARING TIME: 10:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required)  in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U | BANK OF AMERICA | $19,709.00 | 014 0 U | CPU/CITI | $460.00 |
| 015 0 U | DELL FINANCIAL SERVICES | $1,916.00 | 016 0 U | EXXON MOBILE | $930.00 |
| 020 0 U | TEXACO SHELL CITIBANK | $117.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | AMARILLO NATIONAL BANK | 2010 CHEVY COBALT - TITLE SHOWS 2008 | $11,505.67 | $11,665.00 | 6.00% | 52 | $308.27 PAID BY TRUSTE |
| | Extended term from 51 to 52 months.  See modification Below. | | | | | | |
| 009 0 | CHILDRESS COUNTY APPRAISAL DISTRICT | 2012 PROPERTY TAXES/806 SE, CHILDRESS TX | $24.60 | $940.00 | | | PD DIRECT BY DEBTOR |
| 010 0 | CHILDRESS COUNTY APPRAISAL DISTRICT | 2012 PROPERTY TAXES/601 8TH ST SW, CHILDRESS, TX | $1,452.73 | $25,535.00 | | | PD DIRECT BY DEBTOR |
| 011 0 | FIRST BANK & TRUST CHILDRESS | SAVINGS ACCOUNT | $0.00 | $7,305.50 | | | PD DIRECT BY DEBTOR |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 013 0 U | OAK HARBOR CAPITAL VI LLC | $5,558.63 | 017 0 U | GE CAPITAL RETAIL BANK | $4,865.92 |
| | PURCHASES | | | PURCHASES/GEMB SAMS CLUB | |
| 018 0 U | PRA RECEIVABLES MANAGEMENT | $3,282.25 | 019 0 U | PRA RECEIVABLES MANAGEMENT | $8,357.96 |
| | PURCHASES/WALMART | | | PURCHASES/LOWES | |
| 021 0 U | QUANTUM3 GROUP | $811.02 | | | |
| | PURCHASES/FINA DISCOVER | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof

of Claim, the recommendation is deemed an objection to such claim.  Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Amarillo National Bank's secured claim shall be paid over 52 months.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 3/13/2013 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    1/17/2013                                                                /s/ Walter O'Cheskey

                                                                                                                                                _____
                                                                                                                                               Walter O'Cheskey
                                                                                                                                                Chapter 13 Trustee

```
AMARILLO NATIONAL BANK ATTN: SPECIAL ASSETS DEPT PO BOX ONE AMARILLO TX 79105
BANK OF AMERICA 4060 OGLETOWN STANTON RD  NEWARK DE 19713
BRUCE EVANS 4814 EARL  WICHITA FALLS TX 76302
CHILDRESS CO APPRAISAL DISTRICT 1710 AVE F NW  CHILDRESS TX 79201
CHILDRESS COUNTY APPRAISAL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS& MOTT PO BOX 9132 AMARILLO TX 79105
CPU/CITI CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
DEA EVANS 601 8TH ST  CHILDRESS TX 79201
DEA EVANS 601 8TH ST  SE  CHILDRESS TX 79201
DELL FINANCIAL SERVICES 701 E BARMER LANE BLG 2  AUSTIN TX 78753
EXXON MOBILE PO BOX 103031  ROSWELL GA 30076
FIA CARD SERVICES NA PO BOX 15102  WILMINGTON DE 19886
FIRST BANK & TRUST CHILDRESS PO BOX 1090  CHILDRESS TX 79201
GE CAPITAL RETAIL BANK C/O RECOVERY MGM SYS CORP 25 SE 2ND AVENUE  SUITE 1120 MIAMI FL 33131
GEMB - SAMS CLUB BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
GEMB PO BOX 103104  ROSWELL GA 30076
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
LOWES/ MBGA/ GEMB ATTENTION BANKRUPTCY DEPT PO BOX 103104 ROSWELL GA 30076
NAOMI SIMS 605 AVE D NW  CHILDRESS TX 79201
NATIONAL CAPITAL MANAGEMENT GE CAPITAL RETAIL BANK 8245 TOURNAMENT DRIVE SUITE 230 MEMPHIS TN 38125
OAK HARBOR CAPITAL VI LLC C/O WEINSTEIN AND RILEY PS 2001 WESTERN AVENUE  SUITE 400 SEATTLE WA 98121
OAK HARBOR CAPITAL VI LLC C/O WEINSTEIN AND RILEY PS PO BOX 3978 SEATTLE WA 98124
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
QUANTUM3 GROUP WORLD FINANCIAL NETWORK BANK PO BOX 788 KIRKLAND WA 98083
TEXACO SHELL CITIBANK PO BOX 20507  KANSAS CITY MO 64195
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WFNNB - FINA PO BOX 2961  SHAWNEE MISSION KS 66201
```